UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT G. SINGLEY, et al., | : | |
| *Plaintiffs*, | : | |
| v. | : | Case No. 1:23-cv-181 |
| SELECT PORTFOLIO SERVICING, INC, | : | Judge Jeffery P. Hopkins |
| *Defendant*. | : | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been advised by Plaintiffs' counsel that this case has settled.

It is therefore **ORDERED** that this action is hereby **DISMISSED with prejudice**, provided that any of the parties may, upon good cause shown within **ninety (90) days**, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

It is **FURTHER ORDERED** that the Preliminary Pretrial Conference set for August 1, 2023 at 11:00 a.m. is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: July 7, 2023

Hon. Jeffery P. Hopkins
United States District Judge